J. S. AKIN, SAMUEL AKIN, R. F. AKIN, E. B. AKIN, MRS. MOLLIE PRINCE AND HER HUSBAND E. L. PRINCE, MRS. NELIA HENRY AND HER HUSBAND F. J. HENRY, MRS. IDA DITMORE AND HER HUSBAND P. H. DITMORE, MRS. NELLIE BALL AND HER HUSBAND GEORGE BALL, MRS. MAGGIE MAUNEY AND HER HUSBAND P. A. MAUNEY, ELIHU BURNHAM, MARTHA PERVOE AND HER HUSBAND DUNCAN PERVOE, A. S. BURNHAM, JOANNAH BURNHAM, WILLIE MCCALL AND HER HUSBAND CHARLES MCCALL, J. S. BURNHAM, JOHN BURNHAM, LOUIS E. BURNHAM, A MINOR, BY HIS NEXT FRIEND ELIHU BURNHAM, CHAS. H. BURNHAM, A MINOR, BY HIS NEXT FRIEND ELIHU BURNHAM, AND MARY J. DOWNING AND HER HUSBAND C. D. DOWNING, PLAINTIFFS IN ERROR, v. SARAH MORGAN, W. L. MORGAN, CHARLES MORGAN, JOHN J. MORGAN AND JULIA A. MORGAN, DEFENDANTS IN ERROR.

This case was decided by Division A.

Writ of Error to the Circuit Court for Hamilton county.

PER CURIAM: The certificate of the clerk to the record of this case is defective in that it fails to set forth that it contains a true and correct "*copy*" of all the papers and proceedings in said cause, &c. The identical defect has been frequently held fatal by this court. First National Bank of Pensacola v. Oxford Lake Line, 45 Fla. 275, 34 South Rep. 893; Burnham v. Driggers, 44 Fla. 168, 32 South. Rep. 796.

Writ of error dismissed.

All the Justices concur.